**FILED**

JUN 05 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT **3:24 CR 197** |
| | ) | **JUDGE KNEPP** |
| Plaintiff, | ) | |
| | ) | **MAG. JUDGE CLAY** |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| ███████████ | ) | Sections 1704, 1708, 1951(a), |
| ███████████ | ) | 2114(a), and 2 |
| CHRISTIAN PROBY | ) | |
| Defendants. | | |

## COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. §§ 1951(a), 2)

The Grand Jury charges:

1.  On or about November 30, 2023, in the Northern District of Ohio, Western Division,

    Defendants ███████████████████████ and CHRISTIAN PROBY, aiding,

    abetting one another, did unlawfully obstruct, delay, and affect, and attempt to obstruct,

    delay, and affect, commerce, and the movement of articles and commodities in such

    commerce by robbery, as those terms are used in 18 U.S.C. § 1951, in that the Defendants

    did unlawfully take and obtain, and attempt to take and obtain, property of the United States

    Postal Service, from the person and in the presence of an employee of the United States

    Postal Service while performing official duties in or around the 1600 block of Karen Street in

    Lima, Ohio, against the employee's will by means of actual and threatened force, violence,

    and fear of injury, immediate and future, to said employee, in violation of Title 18, United

    States Code, Sections 1951(a) and 2.

ORIGINAL

## COUNT 2
(Robbery of Mail, Money, or Other Property of the United States, 18 U.S.C. §§ 2114(a) and 2)

The Grand Jury further charges:

2. On or about November 30, 2023, in the Northern District of Ohio, Western Division,

Defendants ███████████████████████████, and CHRISTIAN PROBY, aiding

and abetting one another, did assault a United States Postal Service letter carrier, a person

having lawful charge, custody, and control of United States mail matter, money, or other

property of the United States, with intent to rob, steal, and purloin said mail matter, money,

or other property of the United States, in violation of Title 18, United States Code, Sections

2114(a) and 2.

## COUNT 3
(Stealing Keys Adopted by the Post Office, 18 U.S.C. §§ 1704 and 2)

The Grand Jury further charges:

3. On or about November 30, 2023, in the Northern District of Ohio, Western Division,

Defendants ████████████████████████ and CHRISTIAN PROBY, aiding

and abetting one another, did knowingly and unlawfully steal and purloin from a United

States Postal Service letter carrier, a key suited to locks adopted by the Postal Service and in

use on bags containing mail, lock bags, lock drawers, and other authorized receptacles for the

deposit of mail matter, in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT 4
(Theft of Mail, 18 U.S.C. §§ 1708 and 2)

The Grand Jury further charges:

4. On or about November 30, 2023 to on or about December 7, 2023, in the Northern

District of Ohio, Western Division, the Defendants ██████████████████████

████████, aiding and abetting one another, did unlawfully have in their possession mail

which had been stolen, taken, embezzled and abstracted from a mail receptacle which was an

authorized depository for mail matter knowing the said mail to have been stolen, taken,

embezzled and abstracted from an authorized depository for mail matter, in violation of Title

18, United States Code, Sections 1708 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.